THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br>          Plaintiffs<br><br>v.<br><br>PACIFIC RIM CONSTRUCTION, INC., a Washington corporation,<br><br>          Defendant. | NO.    C18-00995-JCC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

COME NOW Plaintiffs, by and through their attorneys, and hereby give notice of voluntary dismissal of this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

DATED this _15th_ day of February, 2019.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorney for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – C18-00995-JCC
Page 1 of 1

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925